

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2016

No. 04-16-00499-CV

**IN THE MATTER OF B.M.G**.,

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2015JUV00641-W1
Honorable Laura Parker, Judge Presiding

# O R D E R

A filing fee of $205 was due when this appeal was filed, but it was not paid. *See* Tex. Sup. Ct., *Fees Charged in the Supreme Court, In Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation*, Docket No. 15-9158 (Aug. 28, 2015). The fee remains unpaid, and appellant has not filed an affidavit of indigence. We therefore order appellant B.M.G. by **September 26, 2016,** to either: (1) pay the filing fee; or (2) provide written proof to this court that he is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from prepaying fees and costs. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). If appellant fails to respond satisfactorily within the time ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 5 (providing appellate courts may enforce rule requiring payment of costs "by any order that is just"); R. 42.3 (permitting appellate courts to dismiss an appeal when appellant fails to comply with a court order).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court